## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**LEE CESTER MADDEN, JR.**                                                    **PLAINTIFF**
**ADC #136534**

**v.**                          **NO. 5:09CV00010 JLH/BD**

**STATE OF ARKANSAS, et al.**                                              **DEFENDANTS**

### <u>ORDER</u>

The Court has reviewed the Recommended Disposition from Magistrate Judge Beth Deere. The plaintiff has not filed an objection.  After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Therefore, plaintiff's complaint is DISMISSED without prejudice under Local Rule 5.5(c)(2) for failure to comply with the Court's Order of January 16, 2009.

IT IS SO ORDERED this 30th day of March, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE